**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Saibaba Hotels, LLC |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | 23-40703 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.  Cash on hand** | **$300.00**

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Woodforest National Bank | Checking account | 3616 | $41,899.11 |

**Additional Page Total** - *See continuation page for additional entries* | $153,959.93

**4.  Other cash equivalents** *(Identify all)*
None

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$196,159.04**

### Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
None

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  Property Insurance _____    **(Unknown)**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    **$0.00**

---

**Part 3:**  Accounts receivable

---

**10.  Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts Receivable**

11a. 90 days old or less:  _____  -  _____  = ......  →    _____
    face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   _____  -  _____  = ......  →    _____
    face amount        doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$0.00**

---

**Part 4:**  Investments

---

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**   **Current value of debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:     % of ownership:

**None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | Saibaba Hotels, LLC | Case number *(if known)* | 23-40703 |
|---|---|---|---|
| | Name | | |

None

17. **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                **$0.00**

---

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

None

20. **Work in progress**

None

21. **Finished goods, including goods held for resale**

None

22. **Other inventory or supplies**

None

23. **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor   **Saibaba Hotels, LLC**_____   Case number *(if known)*_____**23-40703**___
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                    _____**$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **Saibaba Hotels, LLC**
Name

Case number *(if known)*    **23-40703**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Room & Office Furnishings - See attached Ex 39.1 | (Unknown) | Liquidation | $9,726.50 |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| None | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    $9,726.50

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   __Saibaba Hotels, LLC_____   Case number *(if known)* _____**23-40703**____
　　　　　Name

**None**

**49.   Aircraft and accessories**

**None**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.   Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.　　　　　　　　　　　　　　　　　**$0.00**

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| **Part 9:** | Real Property |
|---|---|

**54.   Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest** | | | | |
| **Hotel/Motel & lot, Business and franchise**<br>55.1  **210 Heritage Pkwy. Mabank, TX 75156** | __Fee Simple__ | __$1,623,930.00__ | | __$2,500,000.00__ |

**56.   Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.　　　　　**$2,500,000.00**

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | Saibaba Hotels, LLC | Case number *(if known)* | 23-40703 |
|--------|---------------------|--------------------------|----------|
| | Name | | |

---

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------|---------------------|---------------------|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

62.1  America's Best Value Inn Franchise                    (Unknown)                    (Unknown)

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                  $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 11: All other assets

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **Insurance Claim against Landmark American Insurance Co.**           **$210,000.00**

Nature of Claim    **Water Damage**

Amount Requested    **$210,000.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.           **$210,000.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
| | Name | | |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$196,159.04** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | **$9,726.50** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................. | → | **$2,500,000.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | **+** **$210,000.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | **$415,885.54** | **+** 91b. **$2,500,000.00** |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................................... | | **$2,915,885.54** |

Debtor    **Saibaba Hotels, LLC**                                    Case number *(if known)*    **23-40703**
          Name

⬛ **Additional Page**

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** Checking, savings, money market, or financial brokerage accounts - *Continued* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.2 **Pilgrim Bank** | **Checking account** | **4334** | **$9,984.35** |
| 3.3 **Pilgrim Bank** | **Savings account** | **1368** | **$121,980.68** |
| 3.4 **Woodforest National Bank** | **Savings account** | **3832** | **$21,994.90** |

Fill in this information to identify the case:

Debtor name    Saibaba Hotels, LLC

United States Bankruptcy Court for the: _____ Eastern _____ District of _____ Texas

(State)

Case number (if known): _____ 23-40703

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|
| **2.1** **Creditor's name** Henderson County Property Tax | $25,015.00 | $2,500,000.00 |

**Creditor's name**
Henderson County Property Tax

**Creditor's mailing address**
125 N. Prairieville St., Suite 103

Athens, TX 75751

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1) Pilgrim Bank; **2) Henderson County Property Tax**; 3) Kaufman County Property Tax; 4) Saisbarath Family Holdings, LLC

**Describe debtor's property that is subject to a lien**
Hotel/Motel & lot, Business and franchise

**Describe the lien**
2023 Property Taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,273,888.11

Debtor   Saibaba Hotels, LLC
_____
Name

Case number (if known)  23-40703

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2  Creditor's name**

Kaufman County Property Tax

**Creditor's mailing address**

P.O. Box 339

Kaufman, TX 75142

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Hotel/Motel & lot, Business and franchise

**Describe the lien**

2023 Property Taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$18,270.00   $2,500,000.00

Debtor    Saibaba Hotels, LLC                                                    Case number (if known)  23-40703
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3**  **Creditor's name**

Pilgrim Bank

**Describe debtor's property that is subject to a lien**                    $0.00                    $2,500,000.00

Hotel/Motel & lot, Business and franchise

**Creditor's mailing address**

2401 South Jefferson Ave.

**Describe the lien**

Mount Pleasant, TX 75455

Fee Simple

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    1/29/2021

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    4  1  2  0

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.1

**Remarks:** Jason@pilgrimbank.bank

Debtor    Saibaba Hotels, LLC                                          Case number (if known)  23-40703
          Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim**  Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4  Creditor's name**

Saisbarath Family Holdings, LLC

**Creditor's mailing address**

7417 Hidden Cove Lane

Frisco, TX 75034

**Creditor's email address, if known**

_____

**Date debt was incurred**  1/29/2021

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Hotel/Motel & lot, Business and franchise

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,230,603.11          $2,500,000.00

**Remarks:** Subrogation and assignment dated April 24, 2023 for $1,230,603.11

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Saibaba Hotels, LLC |
| United States Bankruptcy Court for the: | |
| | Eastern District of Texas |
| Case number (if known): | 23-40703 |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,112.33 | unknown |

**2.1**

Priority creditor's name and mailing address

Henderson County Occupancy Tax

125 N. Prairieville St., Suite 103

Athens, TX 75751

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,112.33    Priority amount: unknown

**2.2**

Priority creditor's name and mailing address

Internal Revenue Service

Central Insolvency Operations

PO Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Vendor

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,511.76    Priority amount: unknown

| Debtor | Saibaba Hotels, LLC | Case number *(if known)* | 23-40703 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

**2.3** Priority creditor's name and mailing address

Texas State Comptroller

Texas Attorney General

PO Box 12548

Austin, TX 78711

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: **$3,303.06**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**2.4** Priority creditor's name and mailing address

Texas Workforce Commission

101 E. 15th Street, Rm 556

Austin, TX 78778

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is: **$315.71**          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Vendor

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
**ANAND SYSTEMS INC**

**35 E 10th St.**

**Tracy, CA 95376**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$540.00**

---

**3.2**

Nonpriority creditor's name and mailing address
**ATT**

**208 S. Akard St.**

**Dallas, TX 75202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$128.56**

---

**3.3**

Nonpriority creditor's name and mailing address
**Booking.com**

**28 Liberty St FL 29**

**New York, NY 10005-1499**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,800.00**

---

**3.4**

Nonpriority creditor's name and mailing address
**Brightspeed**

**1120 South Tryon Street**

**Charlotte, NC 28203**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$758.25**

| Debtor | Saibaba Hotels, LLC | Case number (if known) | 23-40703 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5** Nonpriority creditor's name and mailing address
COMMUNITY COFFEE

12120 Colonel Glenn Rd, Ste 2000

Little Rock, AR 72210

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,043.69

---

**3.6** Nonpriority creditor's name and mailing address
Couture Hotel Corporation

c/o Justin Strother
Strother Law Firm

3000 Weslayan St. Ste. 348

Houston, TX 77027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address
DFW MOTEL SUPPLY TEXTILE

4220 Shilling Way

Dallas, TX 75237

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,572.34

---

**3.8** Nonpriority creditor's name and mailing address
DIRECTV SERVICE

2230 E Imperial Hwy Fl 10

El Segundo, CA 90245

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$902.17

---

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.9** | Nonpriority creditor's name and mailing address
**EAST CEDAR CREEK WATER DIRECT**

"115 Hammer Rd,

Gun Barrel City, TX 75156

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,542.53

---

**3.10** | Nonpriority creditor's name and mailing address
**Eco Lab**

2305 Sherwin St.

Garland, TX 75041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.11** | Nonpriority creditor's name and mailing address
**Expedia**

1111 Expedia Group Wy W

Seattle, WA 98119

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$1,799.00

---

**3.12** | Nonpriority creditor's name and mailing address
**FERRELL GAS LP**

161 Eldorado Pkwy

Mckinney, TX 75069

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$734.25

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

### 3.13

**Nonpriority creditor's name and mailing address**

**Level3 Communications**

**1025 ELDORADO BLVD.**

**Broomfield, CO 80021**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$636.46

---

### 3.14

**Nonpriority creditor's name and mailing address**

**Muni Services LLC**

**TX Hotel Occupancy Tax**

**PO Box 830725**

**Birmingham, AL 35283**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$12,688.80

---

### 3.15

**Nonpriority creditor's name and mailing address**

**NEW CARBON B TO B**

**4101 William Richardson Drive**

**South Bend, IN 46628**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$285.09

---

### 3.16

**Nonpriority creditor's name and mailing address**

**PS PAY, INC**

**6500 Greenville Ave 515**

**Dallas, TX 75206**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$229.23

---

Debtor   **Saibaba Hotels, LLC**
Name

Case number *(if known)*      **23-40703**

---

**Part 2:**  Additional Page

| | |
|---|---|
| **3.17** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.17** Nonpriority creditor's name and mailing address

REPUBLIC SERVICES TRASH

801 E College Street

Lewisville, TX 75057

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$321.65

---

**3.18** Nonpriority creditor's name and mailing address

SHIFT4

2202 N Irving St.

Allentown, PA 18109

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$2,745.23

---

**3.19** Nonpriority creditor's name and mailing address

Sonesta Intl.

400 Centre St.

Newton, MA 02458

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

**3.20** Nonpriority creditor's name and mailing address

TACS

5420 LBJ Freeway, Suite 900

Dallas, TX 75240

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$22.18

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 7 of 9

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

---

**3.21** **Nonpriority creditor's name and mailing address**

TARA ENERGY

PO Box 301438

Dallas, TX 75303

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,185.81

---

**3.22** **Nonpriority creditor's name and mailing address**

TKELEVATOR CORP

4355 Excel Pkwy, Ste 800

Addison, TX 75001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,791.08

---

**3.23** **Nonpriority creditor's name and mailing address**

Williams Pest Control

1428 S 3rd St.

Mabank, TX 75147

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$109.25

---

| Debtor | **Saibaba Hotels, LLC** | Case number *(if known)* | **23-40703** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$6,242.86** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$37,835.57** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$44,078.43** |

Fill in this information to identify the case:

Debtor name _____ Saibaba Hotels, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____ 23-40703 _____   Chapter ____11____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name __**Saibaba Hotels, LLC**__

United States Bankruptcy Court for the: __**Eastern**__ District of __**Texas**__
(State)

Case number (If known): __**23-40703**__

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** ***Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Krothapalli, Ramakrishna | 7417 Hidden Cove Lane<br>Street<br><br>Frisco, TX 75034<br>City   State   ZIP Code | Couture Hotel Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 Puligundla, Anuradha | 7417 Hidden Cove Ln.<br>Street<br><br>Frisco, TX 75034<br>City   State   ZIP Code | Couture Hotel Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 1 of __2__

| Debtor | Saibaba Hotels, LLC | Case number (if known) | 23-40703 |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | _____ Street _____ _____ City   State   ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name          Saibaba Hotels, LLC |
| United States Bankruptcy Court for the:<br>                    Eastern District of Texas |
| Case number (if known):          23-40703          Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................

   $2,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................................

   $415,885.54

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................................

   $2,915,885.54

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $1,273,888.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   $6,242.86

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   + $37,835.57

4. **Total liabilities**...........................................................................................................................

   $1,317,966.54

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Saibaba Hotels, LLC _____

United States Bankruptcy Court for the:

_____ Eastern District of Texas _____

Case number (if known): _____ 23-40703 _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/15/2023___
MM/ DD/ YYYY

X /s/ Anuradha Puligundla
Signature of individual signing on behalf of debtor

Anuradha Puligundla
Printed name

Managing Member
Position or relationship to debtor