DeMarco Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 23-40703 |
| **Saibaba Hotels, LLC,** <br> 82-2535240 <br> 7417 Hidden Cove Lane <br> Frisco, TX 75034 | Chapter: 11 |
| Debtor. | |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**
**[11 U.S.C. § 1181(c)]**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW Saibaba Hotels, LLC**, Debtor and Debtor in possession in the above-styled and numbered case (the "**Debtor**"), would respectfully show the Court as follows:

I.   **BACKGROUND**

1.   This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on May 24, 2023 (the "**Petition Date**").

2.   This case was commenced as a small business case as that phrase is defined in 11 U.S.C. § 101(51C).

3.   The First Meeting of Creditors was held and concluded on **May 19, 2023**.

4.   Scott Seidel is the duly appointed SubChapter V Trustee in this bankruptcy pursuant to 11 U.S.C. § 1183 ("**SubV Trustee**").

## II. DEADLINES

5. Sections 1181-1195 of Title 11 of the United States Code ("**SBRA**") is intended to "streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116-171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

6. The Court, in accord with the foregoing, filed a notice setting a date for the required status conference thereby establishing the deadline for filing and serving this Report [Docket Entry No. 20].

7. The Section 1188 and 1189 dates and deadlines are as follows:

Status Conference:      June 13, 2023
Debtor's Report:        May 30, 2023
Plan filing deadline:   July 24, 2023

8. The deadlines for filing proofs of claim remain unaltered and are as follows:

Deadline for non-governmental entities:    July 3, 2023
Deadline for governmental entities:        October 23, 2023

### IV. PROFIT & LOSS

9. The Debtor operates a Motel doing busines as *America's Best Value Inn* located in Gun Barrel City, Texas. The Debtor has no financial challenges relative to operations and is current with all vendors and its mortgage obligation with Pilgrim Bank.

10. The Debtor is currently in litigation with Coture Hotel Corporation, which litigation is currently pending in the District Court, Dallas County, Texas, 69th Judicial District and is styled as *Coture Hotel Corporation vs. Saibaba Hotels, LLC, et al*, Cause No. 19-0550 (the "**Lawsuit**").

11. The proposed plan terms (*infra*) assume there will be significant equity in the real property owned by the Debtor which equity, in combination with the Debtor's disposable income will be sufficient to fund a plan of reorganization.

12. Attached as Exhibit "A" is a copy of the Debtor's profit and loss statement as filed with this Court on May 11, 2023 [Docket Entry No. 26].

### V. OFFER TO ACHIEVE CONSNESUAL PLAN OF REORGANIZATION

13. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the debtor and her creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

### VI. PLAN PROPOSAL

14. The following is the Debtor's initial plan proposal for its creditors and is **subject to Federal Rule of Evidence 408**.

A. **Summary of Proposed Plan Treatment**

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Professional Fees of DeMarco Mitchell, PLLC | $15,000.00 | Monthly, after the effective date, in an amount to be agreed upon. |
| SubV Trustee | $3,500.00 | Monthly, after the effective date, in an amount to be agreed upon. |

**Priority Tax Claims:**

| Description | Estimated Amount | Date Assessed | Treatment |
|---|---|---|---|
| None | n/a | n/a | n/a |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 1A | Secured *Ad Valorem* Tax Claims | YES | If monies are owed, paid in full and amortized over 5 years from the Petition Date at 12% | $0.00 | $0.00 |
| Class 1B | Saisbarath Family Holdings, LLC | YES | Paid in full over 5 years from the Effective Date at prime plus 1% | $1,230,603.11 | $9,900.00 per month for 360 months |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3 | General Unsecured Claims | YES | Pro Rata distribution from unsecured creditor pool | $1,040,000[1] | 100% of proceeds from refinance of secured loan with Saisbarath Family Holdings, LLC, such that distributions |

---

[1] Debtor assumes damage claim to Couture will not exceed $1,000,000.

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| | | | | | will meet or exceed the amount of equity in the real property owned by the Debtor if case is converted to one under chapter 7. |

## VII.　CONCLUSION

　　　The Debtor is asking you to consider the foregoing proposal and provide feedback in order to facilitate the confirmation of a consensual plan.  As referenced above, there is a mandatory status conference scheduled for **June 13, 2023**.  As such, **the Debtor requests your input, if any, no later than close of business on June 9, 2023**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  **May 30, 2023**　　　　　　　　　　　　*/s/ Robert T. DeMarco*
　　　　　　　　　　　　　　　　　　　　　**DeMarco•Mitchell, PLLC**
　　　　　　　　　　　　　　　　　　　　　Robert T. DeMarco, Texas Bar No. 24014543
　　　　　　　　　　　　　　　　　　　　　**Email**　robert@demarcomitchell.com
　　　　　　　　　　　　　　　　　　　　　1255 W. 15th Street, 805
　　　　　　　　　　　　　　　　　　　　　Plano, TX 75075
　　　　　　　　　　　　　　　　　　　　　**T**　　972-578-1400
　　　　　　　　　　　　　　　　　　　　　**F**　　972-346-6791
　　　　　　　　　　　　　　　　　　　　　**Counsel for Debtor and Debtor in Possession**

## CERTIFICATE OF SERVICE

　　　The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **30th day of May, 2023**.  Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.  Where such electronic service was not possible, service was made via regular first class mail.

| **DEBTOR** |
|---|

**Saibaba Hotels, LLC,**
7417 Hidden Cove Lane

Frisco, TX 75034

## TRUSTEES

**Office of the United States Trustee**
110 North College Avenue, Room 300
Tyler, Texas 75702

**Scott Seidel (SBRA V)**
Sub V Chapter Trustee
6505 West Park Boulevard, 306
Plano, TX 75093

## ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791

DeMarco•Mitchell, PLLC  
Robert T. DeMarco  
Michael S. Mitchell  
1255 West 15th St., 805  
Plano, TX 75075  
T  972-578-1400  
F  972-346-6791  

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.:   23-40703 |
| **Saibaba Hotels, LLC,** <br> 82-2535240 <br> 7417 Hidden Cove Lane <br> Frisco, TX 75034 | Chapter:   11 |
| **Debtor.** | |

## STATEMENT OF OPERATIONS  RE:  11 U.S.C. § 1116

The following document is attached pursuant to 11 U.S.C. § 1116:

- Statement of Operations.

|  | Respectfully submitted, |
|---|---|
| Dated: May 11, 2023 | */s/ Robert T. DeMarco* <br> **DeMarco•Mitchell, PLLC** <br> Robert T. DeMarco, Texas Bar No. 24014543 <br> **Email**    robert@demarcomitchell.com <br> Michael S. Mitchell, Texas Bar No. 00788065 <br> **Email**    mike@demarcomitchell.com <br> 1255 W. 15th Street, 805 <br> Plano, TX 75075 <br> T    972-578-1400 <br> F    972-346-6791 <br> *Proposed* **Counsel for Debtor and Debtor in Possession** |

# EXHIBIT "A"

## Saibaba Hotels LLC

### Profit and Loss
January - December 2022

|  | TOTAL |
|---|---:|
| Income |  |
|    Credit Card Reward Points | 3,574.15 |
|    Room Revenue | 929,411.87 |
| **Total Income** | **$932,986.02** |
| Cost of Goods Sold |  |
|    American Express Commission | 7,283.06 |
|    Break Fast Expenses | 38,069.33 |
|    County Occupancy Tax (deleted) | 17,500.96 |
|    Franchise Fees | 30,458.21 |
|    State occupancy tax (deleted) | 28,950.36 |
|    Travel Commision | 10,086.85 |
| **Total Cost of Goods Sold** | **$132,348.77** |
| **GROSS PROFIT** | **$800,637.25** |
| Expenses |  |
|    Advertising & Marketing | 25,024.00 |
|    Bank Charges & Fees | -28,899.65 |
|    BOFA Merchant Charges | 26,796.32 |
|    Contractors | 32,281.43 |
|    Credit Charge Backs | 2,364.07 |
|    Employee Payroll | 155,803.76 |
|    Guest Supply Charges | 36,913.46 |
|    HD SUPPLY | 87,563.35 |
|    Insurance | 35,482.80 |
|    Interest Paid | 62,824.02 |
|    Legal & Professional Services | 239.94 |
|    Meals & Entertainment | 5,135.03 |
|    Office Supplies & Software | 5,444.63 |
|    Payroll Processing Expenses | 2,994.66 |
|    Payroll Tax | 34,558.88 |
|    Payroll Tax-TWC | 900.97 |
|    Property Tax | 43,901.22 |
|    Repairs & Maintenance | 51,822.16 |
|    Room Supply | 81,055.50 |
|    Travel | 6,713.56 |
|    Utilities | 107,472.38 |
| **Total Expenses** | **$776,392.49** |
| **NET OPERATING INCOME** | **$24,244.76** |
| **NET INCOME** | **$24,244.76** |

EXHIBIT "A"

```
Label Matrix for local noticing        ANAND SYSTEMS INC.                     ATT
0540-4                                  35 E 10th St.                          208 S. Akard St.
Case 23-40703                           Tracy, CA 95376-4058                   Dallas, TX 75202-4295
Eastern District of Texas
Sherman
Tue May 30 16:13:07 CDT 2023

Anuradha Puligundla                     Attorney General of the United States  Booking.com
7417 Hidden Cove Ln.                    Main Justice Bldg., Rm. 5111           28 Liberty St FL 29
Frisco, TX 75034-0682                   10th & Constitution Ave. N.W.          New York, NY 10005-1499
                                        Washington, DC 20503-0001


Brightspeed                             COMMUNITY COFFEE                       Mark A. Castillo
1120 South Tryon Street                 12120 Colonel Glenn Rd, Ste 2000       Carrington Coleman Sloman & Blumenthal,
Charlotte, NC 28203-6817                Little Rock, AR 72210-2838             901 Main Street
                                                                               Ste 5500
                                                                               Dallas, TX 75202-3767


Centurylink Communications, LLC         Couture Hotel Corporation              Couture Hotel Corporation
Centurylink Communications, LLC.        c/o Justin Strother                    c/o Justin Strother
1025 El Dorado Blvd. (Attn:Legal-BKY)   909 Fannin Street, 37th Floor          Strother Law Firm
Broomfield, CO 80021-8254               Houston, Texas 77010-1014              3000 Weslayan St. Ste. 348
                                                                               Houston, TX 77027-5753


DFW MOTEL SUPPLY TEXTILE                DIRECTV SERVICE                        Robert DeMarco III
4220 Shilling Way                       2230 E Imperial Hwy Fl 10              DeMarco-Mitchell, PLLC
Dallas, TX 75237-1023                   El Segundo, CA 90245-3502              1255 West 15th St., 805
                                                                               Plano, TX 75075-7225


EAST CEDAR CREEK WATER DIRECT           EAST CEDAR CREEK WATER DIRECT          Eco Lab
115 Hammer R.                           115 Hammer Rd,                         2305 Sherwin St.
Gun Barrel City, TX 75156-5220          Gun Barrel City, TX 75156-5220         Garland, TX 75041-1299


Expedia                                 Expedia Group                          FERRELL GAS LP
1111 Expedia Group Wy W                 1111 Expedia Group Way W.              161 Eldorado Pkwy
Seattle, WA 98119-1111                  Seattle, WA 98119-1111                 McKinney, TX 75069


Henderson County                        Henderson County Occupancy Tax         Henderson County Property Tax
c/o Julie Parsons                       125 N. Prairieville St., Suite 103     125 N. Prairieville St., Suite 103
P.O. Box 1269                           Athens, TX 75751-2070                  Athens, TX 75751-2070
Round Rock, TX 78680-1269


Internal Revenue Service                Internal Revenue Service               Internal Revenue Service
1100 Commerce Street                    Central Insolvency Operations          Centralized Insolvency Operations
MC5026 DAL                              PO Box 7346                            PO Box 7346
Dallas, TX 75242                        Philadelphia, PA 19101-7346            Philadelphia, PA 19101-7346


Internal Revenue Service                JPMorgan Chase Bank, N.A.              Kaufman County
P.O. Box 7346                           s/b/m/t Chase Bank USA, N.A.           Linebarger Goggan Blair & Sampson, LLP
Philadelphia, PA 19101-7346             c/o National Bankruptcy Services, LLC  c/o John Kendrick Turner
                                        P.O. Box 9013                          2777 N. Stemmons Freeway
                                        Addison, Texas 75001-9013              Suite 1000
                                                                               Dallas, TX 75207-2328
```

| | | |
|---|---|---|
| Kaufman County Property Tax<br>P.O. Box 339<br>Kaufman, TX 75142-0339 | Joshua D. Kipp<br>901 Main Street, Suite 5500<br>Dallas, TX 75202-3767 | Level3 Communications<br>1025 ELDORADO BLVD.<br>Broomfield, TX 80021-8254 |
| Level3 Communications<br>1025 ELDORADO BLVD.<br>Broomfield, CO 80021-8254 | Muni Services LLC<br>TX Hotel Occupancy Tax<br>PO Box 830725<br>Birmingham, AL 35283-0725 | NEW CARBON B TO B<br>4101 William Richardson Drive<br>South Bend, IN 46628-9485 |
| Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Office of the United States Trustee<br>110 N College Ave Ste 300<br>Tyler, TX 75702-7231 | PS PAY, INC<br>6500 Greenville Ave 515<br>Dallas, TX 75206-1027 |
| Julie Anne Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680-1269 | Pilgrim Bank<br>c/o Scott Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C.<br>821 ESE Loop 323, Ste. 530<br>Tyler, TX 75701-9779 | Pilgrim Bank<br>2401 South Jefferson Ave.<br>Mount Pleasant, TX 75455-5960 |
| REPUBLIC SERVICES TRASH<br>801 E College Street<br>Lewisville, TX 75057-4077 | Ramakrishna Krothapalli<br>7417 Hidden Cove Lane<br>Frisco, TX 75034-0682 | Scott Alan Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |
| Robert C. Rowe<br>Carrington Coleman Sloman & Blumenthal,<br>901 Main Street<br>Ste 5500<br>Dallas, TX 75202-3767 | Scott SEIDEL (SBRA V)<br>Sub V Chapter Trustee<br>6505 West Park Boulevard<br>Ste. 306<br>Plano, TX 75093-6212 | SHIFT4<br>2202 N Irving St.<br>Allentown, PA 18109-9554 |
| Saibaba Hotels, LLC<br>7417 Hidden Cove Lane<br>Frisco, TX 75034-0682 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Sonesta Intl.<br>400 Centre St.<br>Newton, MA 02458-2094 |
| TACS<br>5420 LBJ Freeway, Suite 900<br>Dallas, TX 75240-6284 | TARA ENERGY<br>PO Box 301438<br>Dallas, TX 75303-1438 | TKELEVATOR CORP<br>4355 Excel Pkwy, Ste 800<br>Addison, TX 75001-5605 |
| Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas State Comptroller<br>Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>101 E. 15th Street, Rm 556<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 | The County of Henderson, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |

| | | |
|---|---|---|
| John Kendrick Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | (p)HUD OGC REGION VI<br>TIMOTHY E FEELEY<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 |
| U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 | U.S. Securities & Exchange Comm.<br>Fort Worth Regional Office<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth, TX 76102-6819 | U.S. Small Business Administration<br>150 Westpark Way Ste 130<br>Euless, TX 76040-3705 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave. Ste. 700<br>Tyler, TX 75702-0204 | Williams Pest Control<br>1428 S 3rd St.<br>Mabank, TX 75147-7580 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>Po Box 13528<br>Austin, TX 78711-3528 | U.S. Department of HUD<br>307 W. 7th Street Suite 1000<br>Fort Worth, TX 76102 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ANAND SYSTEMS INC<br>35 E 10th St.<br>Tracy, CA 95376-4058 | (d)ATT<br>208 S. Akard St.<br>Dallas, TX 75202-4295 | (d)Booking.com<br>28 Liberty St FL 29<br>New York, NY 10005-1499 |
| (d)Brightspeed<br>1120 South Tryon Street<br>Charlotte, NC 28203-6817 | (d)COMMUNITY COFFEE<br>12120 Colonel Glenn Rd, Ste 2000<br>Little Rock, AR 72210-2838 | (d)DFW MOTEL SUPPLY TEXTILE<br>4220 Shilling Way<br>Dallas, TX 75237-1023 |
| (d)DIRECTV SERVICE<br>2230 E Imperial Hwy Fl 10<br>El Segundo, CA 90245-3502 | (d)Eco Lab<br>2305 Sherwin St.<br>Garland, TX 75041-1299 | (d)FERRELL GAS LP<br>161 Eldorado Pkwy<br>Mckinney, TX 75069 |
| (d)Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (u)Ramakrishna Krothapalli | (d)Muni Services LLC<br>TX Hotel Occupancy Tax<br>PO Box 830725<br>Birmingham, AL 35283-0725 |

```
(d)NEW CARBON B TO B            (d)PS PAY, INC                  (u)Anuradha Puligundla
4101 William Richardson Drive   6500 Greenville Ave 515
South Bend, IN 46628-9485       Dallas, TX 75206-1027


(d)REPUBLIC SERVICES TRASH      (d)Scott SEIDEL (SBRA V)        (d)SHIFT4
801 E College Street            Sub V Chapter Trustee           2202 N Irving St.
Lewisville, TX 75057-4077       6505 West Park Boulevard        Allentown, PA 18109-9554
                                Ste. 306
                                Plano, TX 75093-6212


(d)Sonesta Intl.                (d)TKELEVATOR CORP              (d)Tara Energy
400 Centre St.                  4355 Excel Pkwy, Ste 800        P.O. Box 301438
Newton, MA 02458-2094           Addison, TX 75001-5605          Dallas, TX 75303-1410



End of Label Matrix
Mailable recipients    68
Bypassed recipients    21
Total                  89
```