**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SAIBABA HOTELS, LLC,** | § | |
| 7417 HIDDEN COVE LANE | § | **Case No. 23-40703** |
| FRISCO, TX 75034 | § | **Chapter 11** |
| EIN xxxx5240 | § | |
| | § | |
| | § | |
| **Debtor.** | § | |

**JOINT MOTION OF DEBTOR SAIBABA HOTELS, LLC, RAMAKRISHNA KROTHAPALLI, AND CREDITOR COUTURE HOTEL CORPORATION TO DISMISS CHAPTER 11 CASE**

**14-DAY NEGATIVE NOTICE – LBR 1017(b):**

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

NOW COMES Saibaba Hotels, LLC (the "Debtor"), the Debtor and Debtor-in-Possession, in the above styled and numbered case (the "Bankruptcy Case"), party in interest Ramakrishna Krothapalli ("Krothapalli"), and creditor Couture Hotel Corporation ("Couture") and file this Joint

Motion to Dismiss Chapter 11 Case (the "Motion to Dismiss") pursuant to Bankruptcy Code § 1112(b), and would respectfully show the Court as follows:

### I. PROCEDURAL AND FACTUAL BACKGROUND

1. The Debtor filed a voluntary petition on April 24, 2023, under Chapter 11 of Title 11 of the Bankruptcy Code.

2. On May 24, 2023, Couture filed Proof of Claim No. 7. *See* Claim 7-1.

3. On July 20, 2023, the Debtor and Krothapalli filed objections to Couture's proof of claim. *See* Docket Nos. 45 and 46.

4. On July 24, 2023, the Debtor filed its Plan of Reorganization. *See* Docket No. 47.

5. On July 28, 2023, the Court entered an Order Setting Plan Related Deadlines and Hearing on Confirmation. *See* Docket No. 49.

6. In related but separate proceedings, the Debtor, Krothapali, and Couture have been engaged in litigation, removal, remand, and transfer proceedings. On July 20, 2023, Krothapalli removed the case previously pending in the 68th Judicial District Court of Dallas County Texas (the "State Court")[1] to the United States District Court for the Northern District of Texas. Krothapalli subsequently filed a Motion for Transfer to the Eastern District of Texas. On August 3, 2023, Couture filed a Motion for Remand and subsequently filed a Motion to Enforce the Order of Reference to Bankruptcy Court. Krothapalli has not yet responded to the Remand Motion and Couture has not yet responded to the Transfer Motion. On August 19, 2022, the parties jointly filed a Motion to Abate the case pending in the Northern District until November

---

[1] *Couture Hotel Corporation v. Saibaba Hotels, LLC, et. al,* Cause No. DC-19-05050.

1, 2023, so the parties could attend mediation. The court entered the Agreed Order on Joint Motion to Abate on August 22, 2023.

7. In this case, on August 19, 2023, the Debtor, Krothapalli, and Couture filed a Joint Motion for Continuance and Entry of Schedule Order on Confirmation and Claim Objections to Claim No. 7, which the Court granted on August 23, 2023.

8. As of October 28, 2023, the Debtor, Krothapalli and Couture have been able to resolve the disputes among them through mediation with the Hon. Harlin D. Hale (Ret.), including regarding plan confirmation and allowance and treatment of Proof of Claim No. 7. The parties executed a settlement agreement on January 12, 2024 (the "Settlement Agreement"). The Settlement Agreement does not affect any other parties or creditors of the Debtor.

## II. RELIEF REQUESTED AND BASIS FOR RELIEF

9. The Debtor seeks dismissal of this case pursuant to 11 U.S.C. § 1112(b).

10. The Bankruptcy Code provides that the Court shall, after notice and hearing, dismiss a Chapter 11 case "for cause" where doing so is in the best interests of the creditors and the estate. 11 U.S.C. § 1112(b)(1); *see* Fed. R. Bankr. P. 1017(a).

11. Dismissal of this Chapter 11 case would be in the best interests of the creditors and the estate. This case was originally filed after years of litigation between the Debtor, Krothapalli, and Couture in the State Court case. While there are other creditors, Couture's claim is by far the largest, and the Settlement Agreement resolves the issues among the parties.

12. The Settlement Agreement efficiently resolves all disputes between the Debtor and Couture, making this bankruptcy case no longer necessary. The dismissal here is voluntary,

agreed upon by the largest creditor to the estate, approved by the second largest creditor of the estate, and will not prejudice any other creditors.

### III.  NOTICE

13. The Debtor will provide notice of this Motion to Dismiss to the following: (a) the U.S. Trustee; (b) the Subchapter V Trustee (c) counsel for Couture (d) any party who has filed a request for notice in the above-captioned case; and (e) all parties shown on the attached Matrix Service List.

**WHEREFORE**, the Debtor, Krothapalli, and Couture respectfully request entry of an order granting the relief requested herein, and granting such other and further relief as may be just.

Respectfully submitted,

| Dated: **January 12, 2024** | */s/ Robert T. DeMarco*<br>**DeMarco•Mitchell, PLLC**<br>Robert T. DeMarco, Texas Bar No. 24014543<br>**Email**   robert@demarcomitchell.com<br>500 N. Central Expressway, 500<br>Plano, TX 75074<br>**T**        972-578-1400<br>**F**        972-346-6791<br>**Counsel for Debtor and Debtor in Possession** |
|---|---|
|  | */s/ Mark Castillo*<br>Mark A. Castillo (markcastillo@ccsb.com)<br>State Bar No. 24027795<br>Joshua D. Kipp (jkipp@ccsb.com)<br>State Bar No. 24078793<br>Robert C. Rowe (rrowe@ccsb.com)<br>State Bar No. 24086253<br>CARRINGTON, COLEMAN,<br>SLOMAN & BLUMENTHAL, L.L.P.<br>901 Main Street, Suite 5500<br>Dallas, Texas 75202<br>(214) 855-3000 – Telephone<br>(214) 580-2641 – Facsimile<br>**Counsel for Party in Interest Ramakrishna Krothapalli** |

|   | */s/ Jason Kathman* |
|---|---|
|   | Jason Kathman (jkathman@spencerfane.com) <br> State Bar No. 24070036 <br> SPENCER FANE LLP <br> 5700 Granite Parkway, Suite 650 <br> Plano, Texas 75024 <br> (972) 324-0370 – Telephone <br> **Counsel for Creditor Couture Hotel Corporation** |

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **12th day of January, 2024**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

**DEBTOR**

**Saibaba Hotels, LLC,**
7417 Hidden Cove Lane
Frisco, TX 75034

**TRUSTEES**

| **Office of the United States Trustee** <br> 110 North College Avenue, Room 300 <br> Tyler, Texas 75702 | **Scott Seidel (SBRA V)** <br> Sub V Chapter Trustee <br> 6505 West Park Boulevard, 306 <br> Plano, TX 75093 |
|---|---|

**ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE**

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
500 N. Central Expressway, 500
Plano, TX 75074
**T**        972-578-1400
**F**        972-346-6791

```
Label Matrix for local noticing         ANAND SYSTEMS INC                      ATT
0540-4                                  35 E 10th St.                          208 S. Akard St.
Case 23-40703                           Tracy, CA 95376-4058                   Dallas, TX 75202-4295
Eastern District of Texas
Sherman
Fri Jan 12 15:55:31 CST 2024

Booking.com                             Brightspeed                            COMMUNITY COFFEE
28 Liberty St FL 29                     1120 South Tryon Street                12120 Colonel Glenn Rd, Ste 2000
New York, NY 10005-1499                 Charlotte, NC 28203-6817               Little Rock, AR 72210-2838


DFW MOTEL SUPPLY TEXTILE                DIRECTV SERVICE                        EAST CEDAR CREEK WATER DIRECT
4220 Shilling Way                       2230 E Imperial Hwy Fl 10              115 Hammer R.
Dallas, TX 75237-1023                   El Segundo, CA 90245-3502              Gun Barrel City, TX 75156-5220


Eco Lab                                 Expedia Group                          FERRELL GAS LP
2305 Sherwin St.                        1111 Expedia Group Way W.              161 Eldorado Pkwy
Garland, TX 75041-1299                  Seattle, WA 98119-1111                 McKinney, TX 75069


Henderson County                        JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank   Kaufman County
c/o Julie Parsons                       P.O. Box 9013                          Linebarger Goggan Blair & Sampson, LLP
P.O. Box 1269                           Addison, TX 75001-9013                 c/o John Kendrick Turner
Round Rock, TX 78680-1269                                                      2777 N. Stemmons Freeway
                                                                               Suite 1000
                                                                               Dallas, TX 75207-2328

Level3 Communications                   Muni Services LLC                      NEW CARBON B TO B
1025 ELDORADO BLVD.                     TX Hotel Occupancy Tax                 4101 William Richardson Drive
Broomfield, TX 80021-8249               PO Box 830725                          South Bend, IN 46628-9485
                                        Birmingham, AL 35283-0725


PS PAY, INC                             Pilgrim Bank                           REPUBLIC SERVICES TRASH
6500 Greenville Ave 515                 c/o Scott Ritcheson                    801 E College Street
Dallas, TX 75206-1027                   Ritcheson, Lauffer & Vincent, P.C.     Lewisville, TX 75057-4077
                                        821 ESE Loop 323, Ste. 530
                                        Tyler, TX 75701-9779

SHIFT4                                  Saibaba Hotels, LLC                    Sonesta Intl.
2202 N Irving St.                       7417 Hidden Cove Lane                  400 Centre St.
Allentown, PA 18109-9554                Frisco, TX 75034-0682                  Newton, MA 02458-2094


TKELEVATOR CORP                         Tara Energy                            Plano - U. S. Bankruptcy Court
4355 Excel Pkwy, Ste 800                P.O. Box 301438                        Suite 300B
Addison, TX 75001-5605                  Dallas, TX 75303-1410                   660 North Central Expressway
                                                                               Plano, TX 75074-6795


Anuradha Puligundla                     Attorney General of the United States  Centurylink Communications, LLC
7417 Hidden Cove Ln.                    Main Justice Bldg., Rm. 5111           Centurylink Communications, LLC.
Frisco, TX 75034-0682                   10th & Constitution Ave. N.W.          1025 El Dorado Blvd. (Attn:Legal-BKY)
                                        Washington, DC 20503-0001              Broomfield, CO 80021-8249
```

| | | |
|---|---|---|
| Couture Hotel Corporation<br>c/o Justin Strother<br>909 Fannin Street, 37th Floor<br>Houston, Texas 77010-1014 | Couture Hotel Corporation<br>c/o Justin Strother<br>Strother Law Firm<br>3000 Weslayan St. Ste. 348<br>Houston, TX 77027-5753 | EAST CEDAR CREEK WATER DIRECT<br>115 Hammer Rd,<br>Gun Barrel City, TX 75156-5220 |
| Expedia<br>1111 Expedia Group Wy W<br>Seattle, WA 98119-1111 | Henderson County Occupancy Tax<br>125 N. Prairieville St., Suite 103<br>Athens, TX 75751-2070 | Henderson County Property Tax<br>125 N. Prairieville St., Suite 103<br>Athens, TX 75751-2070 |
| Internal Revenue Service<br>1100 Commerce Street<br>MC5026 DAL<br>Dallas, TX 75242 | Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kaufman County Property Tax<br>P.O. Box 339<br>Kaufman, TX 75142-0339 |
| Level3 Communications<br>1025 ELDORADO BLVD.<br>Broomfield, CO 80021-8249 | Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Office of the United States Trustee<br>110 N College Ave Ste 300<br>Tyler, TX 75702-7231 |
| Pilgrim Bank<br>2401 South Jefferson Ave.<br>Mount Pleasant, TX 75455-5960 | Ramakrishna Krothapalli<br>7417 Hidden Cove Lane<br>Frisco, TX 75034-0682 | TACS<br>5420 LBJ Freeway, Suite 900<br>Dallas, TX 75240-6284 |
| Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas State Comptroller<br>Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>101 E. 15th Street, Rm 556<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 | The County of Henderson, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| (p)HUD OGC REGION VI<br>TIMOTHY E FEELEY<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 | U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 | U.S. Securities & Exchange Comm.<br>Fort Worth Regional Office<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth, TX 76102-6819 |
| U.S. Small Business Administration<br>150 Westpark Way Ste 130<br>Euless, TX 76040-3705 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave. Ste. 700<br>Tyler, TX 75702-0204 |

Williams Pest Control
1428 S 3rd St.
Mabank, TX 75147-7580

Robert DeMarco, III
DeMarco-Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075-7225

Scott SEIDEL (SBRA V)
Sub V Chapter Trustee
6505 West Park Boulevard
Ste. 306
Plano, TX 75093-6212

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Couture Hotel Corporation

(d)ANAND SYSTEMS INC
35 E 10th St.
Tracy, CA 95376-4058

(d)ATT
208 S. Akard St.
Dallas, TX 75202-4295

(d)Booking.com
28 Liberty St FL 29
New York, NY 10005-1499

(d)Brightspeed
1120 South Tryon Street
Charlotte, NC 28203-6817

(d)COMMUNITY COFFEE
12120 Colonel Glenn Rd, Ste 2000
Little Rock, AR 72210-2838

(d)DFW MOTEL SUPPLY TEXTILE
4220 Shilling Way
Dallas, TX 75237-1023

(d)DIRECTV SERVICE
2230 E Imperial Hwy Fl 10
El Segundo, CA 90245-3502

(d)Eco Lab
2305 Sherwin St.
Garland, TX 75041-1299

(d)FERRELL GAS LP
161 Eldorado Pkwy
Mckinney, TX 75069

(d)Kaufman County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(d)Muni Services LLC
TX Hotel Occupancy Tax
PO Box 830725
Birmingham, AL 35283-0725

(d)NEW CARBON B TO B
4101 William Richardson Drive
South Bend, IN 46628-9485

(d)PS PAY, INC
6500 Greenville Ave 515
Dallas, TX 75206-1027

(d)REPUBLIC SERVICES TRASH
801 E College Street
Lewisville, TX 75057-4077

(d)SHIFT4
2202 N Irving St.
Allentown, PA 18109-9554

(d)Sonesta Intl.
400 Centre St.
Newton, MA 02458-2094

(d)TARA ENERGY
PO Box 301438
Dallas, TX 75303-1438

(d)TKELEVATOR CORP
4355 Excel Pkwy, Ste 800
Addison, TX 75001-5605

(u)Anusadha Puligundla

(u)Ramakrishna Krothapalli

End of Label Matrix
Mailable recipients    62
Bypassed recipients    21
Total                  83