**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **In re:** § | |
| § | |
| **S**AIBABA **H**OTELS**, LLC,** § | |
| 7417 H<small>IDDEN</small> C<small>OVE</small> L<small>ANE</small> § | **Case No.  23-40703** |
| F<small>RISCO</small>, TX  75034 § | **Chapter 11** |
| EIN xxxx5240 § | |
| § | |
| **Debtor.** § | |

## ORDER DISMISSING BANKRUPTCY CASE

This matter having come before the Court on Saibaba Hotels, LLC's (the "Debtor"), the Debtor and Debtor-in-Possession's, party in interest Ramakrishna Krothapalli's ("Krothapalli"), and creditor Couture Hotel Corporation's ("Couture") *Joint Motion to Dismiss Chapter 11 Case* (the "Motion to Dismiss"); and the Court having found that notice was good and sufficient; and the Court having considered the Motion to Dismiss, any objections and responses to the Motion to Dismiss which were filed with the Court, all evidence introduced at any hearing on the Motion to Dismiss, and the positions of the parties as reflected in the transcript of any hearing on the Motion to Dismiss; and sufficient cause appearing to the Court; now, therefore, it is

**ORDERED** that the Motion to Dismiss is granted; and it is further

**ORDERED** that the above-captioned bankruptcy case is dismissed pursuant to Bankruptcy Code § 1112(b).

Agreed to in form and substance:

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
500 N. Central Expressway, 500
Plano, TX 75074
**T**     972-578-1400
**F**     972-346-6791
**Counsel for Debtor and Debtor in Possession**

| |
|---|
| */s/ Mark Castillo*<br>Mark A. Castillo (markcastillo@ccsb.com)<br>State Bar No. 24027795<br>Joshua D. Kipp (jkipp@ccsb.com)<br>State Bar No. 24078793<br>Robert C. Rowe (rrowe@ccsb.com)<br>State Bar No. 24086253<br>CARRINGTON, COLEMAN,<br>SLOMAN & BLUMENTHAL, L.L.P.<br>901 Main Street, Suite 5500<br>Dallas, Texas 75202<br>(214) 855-3000 – Telephone<br>(214) 580-2641 – Facsimile<br>**Counsel for Party in Interest Ramakrishna Krothapalli** |
| */s/ Jason Kathman*<br>Jason Kathman (jkathman@spencerfane.com)<br>State Bar No. 24070036<br>SPENCER FANE LLP<br>5700 Granite Parkway, Suite 650<br>Plano, Texas 75024<br>(972) 324-0370 – Telephone<br>**Counsel for Creditor Couture Hotel Corporation** |